UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEROME LEWIS TRAYLOR,<br>　　　　Plaintiff,<br>　　v.<br>NANCY BERRYHILL,<br>　　　　Defendant. | Case No. 18-cv-00445-BLF<br><br>**ORDER REQUIRING GOVERNMENT TO FILE ANSWER AND CERTIFIED COPY OF TRANSCRIPT OF ADMINISTRATIVE RECORD WITHIN 14 DAYS; SETTING BRIEFING SCHEDULE** |

Plaintiff Jerome Lewis Traylor ("Plaintiff") filed a social security complaint on January 19, 2018. *See* ECF 1. The U.S. Attorney's Office was served on March 13, 2018. *See* ECF 9. Pursuant to Civ. L.R. 16-5, the government was required to file an answer, together with a certified copy of the administrative record, within 90 days of receipt of service of the summons and complaint. The government's answer was due on June 11, 2018. To date, the government has not filed its answer or a certified copy of the administrative record. The government is thus delinquent. The government is hereby ORDERED to file its answer and a certified copy of the administrative record by **August 28, 2018**. Plaintiff must file his motion for summary judgment within 28 days of receipt of the government's answer. The government must serve and file any opposition or counter-motion within 28 days of service of Plaintiff's motion. Plaintiff may serve and file a reply within 14 days of service of the government's opposition or counter-motion.

**IT IS SO ORDERED.**

Dated: August 14, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge