# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JEROME LEWIS TRAYLOR,

Plaintiff,

v.

NANCY BERRYHILL,

Defendant.

Case No. 18-cv-00445-BLF

**ORDER TO SHOW CAUSE BY SEPTEMBER 15, 2018**

The complaint in this case was filed on January 19, 2018. *See* ECF 1. The U.S. Attorney's Office was served on March 13, 2018. *See* ECF 9. Pursuant to Civ. L.R. 16-5, the government was required to file an answer, together with a certified copy of the administrative record, within 90 days of receipt of service of the summons and complaint. The government's answer was due on June 11, 2018. On August 14, 2018, this Court ordered the government to file its answer and a certified copy of the administrative record by August 28, 2018. To date, the government has not filed its answer or a certified copy of the administrative record.

Accordingly, Defendant is ORDERED TO SHOW CAUSE, in writing, on or before **September 15, 2018**, why the Court should not determine whether default judgment is appropriate against the government by evaluating whether Plaintiff establishes a claim or right to relief by evidence that satisfies the Court under Fed. R. Civ. P. 55(d). The Court advises Defendant that a failure to respond to the Order to Show Cause by September 15, 2018 may result in an entry of default judgment against Defendant.

**IT IS SO ORDERED.**

Dated: August 31, 2018

BETH LABSON FREEMAN
United States District Judge